Albert MORRIS, Claimant–Respondent,

v.

MURPHY COMPANY, Employer–Appellant.

No. 62402.

Missouri Court of Appeals, Eastern District, Division One.

Feb. 16, 1993.

Deborah L. Hellmann, Riethmann & Valentine, St. Louis, for employer-appellant.

Morris B. Kessler, Kessler & Kessler, St. Louis, for claimant-respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

In this workers' compensation case, employer appeals from the award by the Labor and Industrial Relations Commission (Commission) of future medical treatment to employee.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The Commission's final award is affirmed in accordance with Rule 84.16(b).